```
                                                              FILED
1  A. MORGAN JONES, SBN 29542                              DEC 15 2006
   LAW OFFICE OF A. MORGAN JONES
2  10137 Riverside Drive                          UNITED STATES BANKRUPTCY COURT
   Post Office Box 2664                                  SAN FRANCISCO, CA
3  Truckee, CA 96160-2664
   Phone: (530) 587-4664
4  Fax: (530) 587-4945

5  Attorney for MIRANDA WILLIAMS
```



UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| In re: | ) | Case No. 06-3114-4 |
| THE ELITE CAFÉ, INC. | ) | |
| Debtor | ) | Chapter 7 |
| | ) | |
| MIRANDA WILLIAMS | ) | Date: January 22, 2007 |
| Movant | ) | Time: 1:00 p.m. |
| | ) | Courtroom: 23 |
| vs. | ) | |
| | ) | *The Courtroom of the* |
| THE ELITE CAFÉ, INC. | ) | *Honorable Thomas E. Carlson* |
| | ) | |
| Respondent | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY OR IN THE ALTERNATIVE FOR CERTIFICATION OF THE MATTER TO THE DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO USC 157(b) RULE 9015-1(D)**

**I**

**INTRODUCTION**

The movant seeks relief from the automatic stay imposed by the debtor's petition for relief under Chapter 7 of the United States Bankruptcy Code. The grounds for the motion are that the plaintiff/movant's claim is a personal injury action which is scheduled to proceed as a jury trial in the

- 1 -

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY
Case: 06-31144   Doc# 9   Filed: 12/15/06   Entered: 12/22/06 17:16:40   Page 1 of 3

San Francisco Superior Court on February 5, 2007. The movant asserts that while her matter is a non core matter, the Bankruptcy Court has jurisdiction to grant relief from the automatic stay pursuant to 28 USC 157(b)(2)(g) to issue an order relieving the plaintiff from the automatic stay.

## II

## DISCUSSION

The Bankruptcy Court has core jurisdiction to grant relief from an automatic stay. 28 USC 157(b)(2)(G). Bankruptcy courts have used USC 157 (b)(2)(G) to grant relief from the automatic stay on motions by parties to state court personal injury actions, subject to the right of the other party to remove the action to the United Stated District Court. See *In re Thomas* 211 B.R. 838 (Bankr. D.S.C. 1997); *In re Hudgins* 102 B.R. 485 (Bankr. E.D.Va. 1989). The movant has therefore filed this motion for relief from stay with the alternative that if the respondent opposes the relief on the basis of its right to a trial in the District Court for the Northern District that the court certify that matter to the court in accordance with Local Rule 9014-1(d).

The movant's state court action seeks general damages premised upon the state laws of California arising out of statutory rights and common law tort claims. Specifically, the movant has claimed emotional distress and torment resulting from her subjection to sexual harassment pursuant to California statutes Gov. Code § 12940 (sexual harassment), Civil Code § 1708.5 (sexual battery), false imprisonment, and intentional and negligent infliction of emotional distress (common law tort claims). See Declaration of A. Morgan Jones.

This motion is timely made, the same having been filed within less than a month of the commencement of the debtor's bankruptcy proceedings.

/ / /

/ / /

# III

# CONCLUSION

The movant's lawsuit in the California Superior Court for the County of San Francisco is an action seeking the recovery of personal injuries. The Bankruptcy Court has core jurisdiction to issue relief from the automatic stay or to certify the same if the respondent seeks a trial of the matter in the U.S. District Court.

Respectfully submitted,

Dated: 12-13, 2006

LAW OFFICE OF A. MORGAN JONES

By: A. MORGAN JONES
Attorney for Miranda Williams, Movant